UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND ET AL.,

                Petitioners,

-v-

SAHEET CONSTRUCTION CORP.,

                Respondent.

25 Civ. 8966 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 29, 2025, petitioner filed a petition to confirm an arbitral award, Dkt. 1, and a memorandum of law in support of that petition, Dkt. 5. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, the Court sets the following briefing schedule:

- November 20, 2025: Respondent's opposition due.
- November 27, 2025: Petitioner's reply, if any, due.

Petitioner is to serve this order, as well as its petition and papers in support, on respondent forthwith and file proof of this service, on the docket of this case, no later than November 6, 2025.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 31, 2025
       New York, New York